-FILED-

OCT 22 2012

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN R. NEWLIN,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE OF INDIANA, INC.,<br><br>Defendant. | CASE NO. 2 12 C V 430 |

## COMPLAINT

### I. INTRODUCTION

1. This is an action by Plaintiff, John R. Newlin, for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1681p.

### III. PLAINTIFF

3. Plaintiff John R. Newlin is a natural person residing in Hobart, Indiana.

### IV. DEFENDANT

4. Comcast Cable of Indiana, Inc. (hereinafter "Comcast") is a for-profit foreign corporation with its principal place of business in Philadelphia, Pennsylvania; at all times relevant herein, Comcast was a "person" as that term is defined in 15 U.S.C. § 1681a(b).

### V. STATEMENT OF FACTS

5. Comcast has a published policy of allowing customers who are opening an account with Comcast to pay a fifty dollar ($50) deposit instead of allowing Comcast to do a credit check.

6. On or about August 6, 2012, Mr. Newlin contacted Comcast in order to purchase cable television service.

7. Mr. Newlin told Comcast he wanted to pay the fifty dollar deposit instead of authorizing a credit check.

8. Mr. Newlin explicitly told Comcast that he did not want a credit check performed.

9. Comcast agreed to permit Mr. Newlin to pay a fifty dollar deposit instead of conducting a credit check.

10. Comcast collected fifty dollars from Mr. Newlin pursuant to the agreement.

11. Comcast nevertheless ran a credit check on Mr. Newlin.

## VI.   CLAIMS FOR RELIEF

### A. Fair Credit Report Act

12. Plaintiff repeats, re-alleges and incorporates by reference paragraphs one through eleven above.

13. Defendant violated the Fair Credit Reporting Act. These violations include, but are not limited to:

    a. Obtaining the consumer report of Mr. Newlin willfully without a permissible purpose, in violation of 15 U.S.C. §§ 1681b(f) and 1681n.

14. As a result of this violation of the Fair Credit Reporting Act, Defendant is liable to Plaintiff for statutory damages and all other appropriate relief.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor and against Defendant in an amount that will compensate him for his statutory damages, punitive damages, attorney fees, costs and all other appropriate relief.

Respectfully submitted,

Robert E. Duff, Atty No. 16992-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
380 Mount Zion Road, Suite C
Lebanon, IN 46052
800-817-0461
robert@robertdufflaw.com

2