UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN R. NEWLIN,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST CABLE OF INDIANA, INC.,<br><br>    Defendant. | CASE NO. 2:12-cv-00430-TLS-PRC |

## STATUS REPORT TO THE COURT

Counsel for Plaintiff and Defendant have conferred and now request a bench trial date no less than two months out.  The parties may have some additional discovery to do, but intend to accomplish any such discovery within the confines of the trial date.  The parties will continue to attempt to agree on a complete stipulation of facts and will continue to discuss the possibility of submitting the case on affidavits, both of which would obviate the need for trial.

For Plaintiff, John R. Newlin:

s/ *Robert E. Duff*
Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037
800-817-0461
robert@robertdufflaw.com

2

## CERTIFICATE OF SERVICE

      Attorney for Plaintiff hereby certifies that service of this document was made by automatic e-mail message generated by the Court's CM/ECF system (after the document was filed electronically) upon counsel of record.

      s/ *Robert E. Duff*
      Robert E. Duff, Atty No. 16392-06
      Indiana Consumer Law Group/
      The Law Office of Robert E. Duff
      P.O. Box 7251
      Fishers, IN 46037
      800-817-0461
      robert@robertdufflaw.com